# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> ZTE CORPORATION, ZTE (USA) INC., AND ZTE (TX), INC. <br><br> Defendants. | CIVIL ACTION 6:20-cv-492-ADA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that attorney Jeffrey Huang of the law firm ETHERIDGE LAW GROUP, PLLC appears as counsel of record for Plaintiff WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT. Mr. Huang hereby requests that all notices required to be given, and all papers required to be served in the above-entitled and numbered cause, be copied to and served upon him.

**Dated: August 3, 2020**              Respectfully submitted,

/s/ *Jeffrey Huang*
Jeffrey Huang
California State Bar No. 266774
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
jeff@etheridgelaw.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on August 3, 2020.

*/s/ Jeffrey Huang*
Jeffrey Huang