IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>      Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC. AND ZTE (TX), INC.,<br><br>      Defendants. | CIVIL ACTION 6:20-cv-00492-ADA<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF THE FILING OF A
PETITION FOR INTER-PARTES REVIEW**

Pursuant to the Court's Published Standard Order Governing Proceedings – Patent Case ("Order Governing Proceedings, version 3.3"),[1] namely General Issue No. 4, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby provides notice that Defendants ZTE Corporation, ZTE (USA) Inc., and ZTE (TX), Inc. filed a petition requesting inter-partes review of the patent in-suit, U.S. Patent No. 8,147,071, on March 26, 2021. *See* IPR2021-00695, attached as Exhibit A.

| | |
|---|---|
| April 8, 2021 | PTAB issued a Notice of Filing Date Accorded |
| October 8, 2021 | PTAB decision on institution expected |
| October 8, 2022 | If PTAB trial instituted, then PTAB final written decision expected |

---

[1] *See* https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/Waco/Albright/Order%20Governing%20Proceedings%20-%20Patent%20Cases%20022321.pdf

Dated: April 9, 2021            Respectfully submitted,

                     By:     */s/ Ryan Loveless*
                               James L. Etheridge
                               Texas Bar No. 24059147
                               Ryan S. Loveless
                               Texas Bar No. 24036997
                               Brett A. Mangrum
                               Texas Bar No. 24065671
                               Travis L. Richins
                               Texas Bar No. 24061296
                               Jeffrey Huang
                               Brian M. Koide
                               Etheridge Law Group, PLLC
                               2600 E. Southlake Blvd., Suite 120 / 324
                               Southlake, TX 76092
                               Tel.: (817) 470-7249
                               Fax: (817) 887-5950
                               Jim@EtheridgeLaw.com
                               Ryan@EtheridgeLaw.com
                               Brett@EtheridgeLaw.com
                               Travis@EtheridgeLaw.com
                               Jhuang@EtheridgeLaw.com
                               Brian@EtheridgeLaw.com

                               Mark D. Siegmund
                               State Bar No. 24117055
                               mark@waltfairpllc.com
                               Law Firm of Walt, Fair PLLC.
                               1508 North Valley Mills Drive
                               Waco, Texas 76710
                               Telephone: (254) 772-6400
                               Facsimile: (254) 772-6432

                               *Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via the U.S. District Court [LIVE]-Document Filing System to all counsel of record on April 9, 2021.

                               */s/ Ryan Loveless*
                               Ryan S. Loveless