IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § § | Civil Action No. 6:20-cv-00487-ADA <br> Civil Action No. 6:20-cv-00488-ADA <br> Civil Action No. 6:20-cv-00489-ADA <br> Civil Action No. 6:20-cv-00490-ADA <br> Civil Action No. 6:20-cv-00491-ADA <br> Civil Action No. 6:20-cv-00492-ADA <br> Civil Action No. 6:20-cv-00493-ADA <br> Civil Action No. 6:20-cv-00494-ADA <br> Civil Action No. 6:20-cv-00495-ADA <br> Civil Action No. 6:20-cv-00496-ADA <br> Civil Action No. 6:20-cv-00497-ADA |
| *Plaintiff,* | | |
| v. | | |
| ZTE CORPORATION, ZTE (USA) INC. AND ZTE (TX), INC., | | |
| *Defendant.* | | |

**UNOPPOSED MOTION FOR**
**WITHDRAWAL OF COUNSEL FROM CASE**

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC ("Brazos") hereby moves to withdraw attorney Jayita Guhaniyogi as counsel of record for Plaintiff.

Lawyers with Kasowitz Benson Torres LLP and Mark Siegmund with Steckler Wayne Cherry & Love PLLC will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice Brazos or any other party to this action.

Defendants are not opposed to this motion.

Dated: April 6, 2022                                   RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)
    tnguyen@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171

    Paul G. Williams (GA Bar No. 764925)
    (Admitted in this District)
    pwilliams@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    1230 Peachtree Street N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6080
    Facsimile: (404) 260-6081

    Joshua A. Whitehill (NY Bar No. 4766473)
    (Admitted *pro hac vice*)
    jwhitehill@kasowitz.com
    Julianne Laporte (NY Bar No. 5547906)
    (Admitted *pro hac vice*)
    jlaporte@kasowitz.com
    Howard L. Bressler (NY Bar No. 2487379)
    (Admitted *pro hac vice*)
    hbressler@kasowitz.com
    Shelley Ivan (NY Bar No. 4338067)
    (Admitted *pro hac vice*)
    sivan@kasowitz.com
    Hershy Stern (NY Bar No. 4631024)
    (Admitted *pro hac vice*)
    hstern@kasowitz.com

Charles A. Naggar (NY Bar No. 5356449)
(Admitted *pro hac vice*)
cnaggar@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin Allen (TX Bar No. 24081977)
justin@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

James L. Etheridge (TX Bar No. 24059147)
jim@etheridgelaw.com
Ryan S. Loveless (TX Bar No. 24036997)
ryan@etheridgelaw.com
Brett A. Mangrum (TX Bar No. 24065671)
brett@etheridgelaw.com
Travis L. Richins (TX Bar No. 24061296)
travis@etheridgelaw.com
Jeffrey Huang
jhuang@etheridgelaw.com
Brian M. Koide
brian@etheridgelaw.com
**ETHERIDGE LAW GROUP, PLLC**
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950

**Attorneys for Plaintiff
WSOU INVESTMENTS, LLC d/b/a
BRAZOS LICENSING AND DEVELOPMENT**

**CERTIFICATE OF CONFERENCE**

This is to certify that on April 4, 2022, counsel for Plaintiffs conferred with counsel for Defendants regarding the contents of this motion, and counsel for Defendants are unopposed to the relief sought.

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via email to all counsel of record, on April 6, 2022.

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop