IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ZTE CORPORATION**<br><br>*Defendant.* | CIVIL ACTION NO. 6:20-cv-00492-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant ZTE Corporation ("Defendant") hereby stipulate that all claims in this action are hereby dismissed with prejudice.

The parties agree that this Joint Stipulation does not prohibit a respective parties' claim for costs, expenses, or attorneys' fees.

Dated October 3, 2022                    RESPECTFULLY SUBMITTED,

By: */s/ Lionel M. Lavenue*                By: */s/ Mark D. Siegmund*
    Lionel M. Lavenue                           Jonathan K. Waldrop (CA Bar No. 297903)
    Virginia Bar No. 49,005                     (Admitted in this District)
    Lionel.lavenue@finnegan.com                 jwaldrop@kasowitz.com
    **FINNEGAN, HENDERSON,**                    Darcy L. Jones (CA Bar No. 309474)
    **FARABOW, GARRETT &**                      (Admitted in this District)
    **DUNNER, LLP**                             djones@kasowitz.com
    1875 Explorer Street, Suite 800             Marcus A. Barber (CA Bar No. 307361)
    Reston, VA 20190                            (Admitted in this District)
    T: (571) 203-2700                           mbarber@kasowitz.com
    F: (202) 408-4400                           John W. Downing (CA Bar No. 252850)
                                                (Admitted in this District)

**Attorneys for Defendant**  
**ZTE CORPORATION**

jdowning@kasowitz.com

Heather S. Kim (CA Bar No. 277686)  
(Admitted in this District)  
hkim@kasowitz.com  
ThucMinh Nguyen (CA Bar No. 304382)  
(Admitted in this District)  
tnguyen@kasowitz.com  
Chen Jia (CA Bar No. 281470)  
(Admitted in this District)  
cjia@kasowitz.com  
**KASOWITZ BENSON TORRES LLP**  
333 Twin Dolphin Drive, Suite 200  
Redwood Shores, California 94065  
Telephone: (650) 453-5170  
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)  
(Admitted in this District)  
pwilliams@kasowitz.com  
**KASOWITZ BENSON TORRES LLP**  
1230 Peachtree Street N.E., Suite 2445  
Atlanta, Georgia 30309  
Telephone: (404) 260-6080  
Facsimile: (404) 260-6081

Charles A. Naggar (NY Bar No. 5356449)  
(Admitted *pro hac vice*)  
cnaggar@kasowitz.com  
Hershy Stern (NY Bar No. 4631024)  
(Admitted *pro hac vice*)  
hstern@kasowitz.com  
Howard L. Bressler (NY Bar No. 2487379)  
(Admitted *pro hac vice*)  
hbressler@kasowitz.com  
Julianne Laporte (NY Bar No. 5547906)  
(Admitted *pro hac vice*)  
jlaporte@kasowitz.com  
Lea Dartevelle Erhel (NY Bar No. 5172101)  
(Admitted *pro hac vice*)  
ldartevelle@kasowitz.com  
Joshua A. Whitehill (NY Bar No. 4766473)  
(Admitted *pro hac vice*)  
jwhitehill@kasowitz.com  
Noah P. Dorman (DC Bar No. 1779821)  
(Admitted *pro hac vice*)

ndorman@kasowitz.com

Jessica C. Sutliff (NY Bar No. 2772150)
(Admitted *pro hac vice*)
jsutliff@kasowitz.com
Ryan A. Madden (NY Bar No. 5706080)
(Admitted *pro hac vice*)
rmadden@kasowitz.com
Shelley Ivan (NY Bar No. 4338067)
(Admitted *pro hac vice*)
sivan@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund
(TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin W. Allen (TX Bar No. 24081977)
justin@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Gregory Phillip Love
(TX Bar No. 24013060)
greg@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
107 East Main Street
Henderson, TX 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a**
**BRAZOS LICENSING AND**
**DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 3rd day of October, 2022, via the Court's CM/ECF system.

*/s/ Mark D. Siegmund*
Mark D. Siegmund